# UNITED STATES DISTRICT COURT

## IN THE NORTHERN DIVISION FOR THE EASTERN DISTRICT

PAUL BIRKENBACH,                                        Case No. 1:13-cv-14607

     Plaintiff;                                            **Hon. Thomas L. Ludington**

v

NEW NGC INC. d/b/a NATIONAL GYPSUM COMPANY,
a foreign corporation, *and* AMERICAN STEAMSHIP COMPANY,
a foreign corporation;

                                                      S U B S T I T U T I O N *of*
                                                      COUNSEL

     Defendants.

---

**FREEL P.C.**
*by John M. Freel (P46217)*
**Attorneys for plaintiff**
**540 West Lake Street**
**Suite 2**
**Tawas City MI 48763**
**(989) 362-3444**
john@freelpc.net

FOSTER MEADOWS
        & BALLARD P.C.
*by Paul D. Galea (P29250)*
Attorneys for defendant ASC
607 Shelby Street
Suite 700
Detroit MI 48226
(313) 961-6184
pgalea@fostermeadows.com

FOSTER SWIFT COLLINS
        & SMITH P.C.
*by Bruce A. Vande Vusse (P28547)*
Attorneys for defendant NGC
32300 Northwestern Highway
Suite 230
Farmington Hills MI 48334
(248) 538-6330
bvandevusse@fosterswift.com

LAW OFFICE OF MATTHEW
        H. AMMERMAN P.C.
*by Matthew H. Ammerman*
Co-Counsel for defendant NGC
2040 North Loop West
Suite 230
Houston TX 77018
(248) 538-6330
mha@maritimedefense.net

# A P P E A R A N C E  +  S U B S T I T U T I O N  *of*  C O U N S E L

To the clerk of the court and all attorneys of record



**FPC**
540 West Lake Street
Tawas City MI
♠
www.freelpc.net
(989) 362-3444

I appear through **FREEL P.C.** on behalf of the plaintiff **PAUL BIRKENBACH** and request service of all documents and information filed in this case from this date forward.

                                                  F R E E L   P . C .
*Attorneys for Plaintiff*

*dated*:   **04-24-2014**         s/ *John M. Freel*
                                                  **JOHN M. FREEL** (P46217)
                                                  540 West Lake Street, Suite 2
                                                  Tawas City MI 48763
                                                  (989) 362-3444
                                                  john@freelpc.net

## C O N S E N T  *a n d*  D I S C L O S U R E

I consent to the substitution of the above attorney (and firm) in this case.  In accordance with Rule 24(d), notice of the substitution by John M. Freel / FREEL P.C. for John M. Freel / FREEL & FREEL, P.C. has been given to the client as well as to the counsel for the parties to the case.  No objection has been stated to the substitution, and the plaintiff has affirmatively consented to same.

                                                F R E E L  &  F R E E L ,  P . C .
*Attorneys for Plaintiff*

*dated*:   **04-24-2014**         s/ *John M. Freel*
                                                  **JOHN M. FREEL** (P46217)
                                                  540 West Lake Street, Suite 2
                                                  Tawas City MI 48763
                                                  (989) 362-3443
                                                  john@freelpc.net

**FPC**
540 West Lake Street
Tawas City MI
♠
www.freelpc.net
(989) 362-3444

# CERTIFICATE *of* SERVICE

I hereby certify that on **04-25-2014** I served the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

*Paul D. Galea (P29250)* – pgalea@fostermeadows.com
*Bruce A. Vande Vusse (P28547)* – bvandevusse@fosterswift.com

…and that I as well forwarded the same to *Matthew H. Ammerman* – mha@maritimedefense.net – by email.

FREEL P.C.
*Attorneys for Plaintiff*

s/ *John M. Freel*

**JOHN M. FREEL** (P46217)
540 West Lake Street
Suite 2
Tawas City MI 48763
(989) 362-3444
john@freelpc.net



**FPC**
540 West Lake Street
Tawas City MI
♠
www.freelpc.net
(989) 362-3444