UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PAUL BIRKENBACH,

    Plaintiff,

v.

NATIONAL GYPSUM COMPANY,
a foreign corporation, and AMERICAN
STEAMSHIP COMPANY, a foreign
corporation,

    Defendants.

Case No. 1:13-CV-14607
Hon. Thomas L. Ludington

---

| | |
|---|---|
| JOHN M. FREEL (P46217)<br>FREEL, P.C.<br>Attorneys for Plaintiff<br>540 West Lake Street, Suite 2<br>East Tawas, MI 48763<br>(989) 362-3443<br>john@freelpc.net | PAUL D. GALEA (P29250)<br>GALLAGHER SHARP<br>Attorney for Defendant American Steamship Company<br>24053 Jefferson Avenue<br>St. Clair Shores, Michigan, 48080<br>(586) 777-0400 / 0430 fax<br>pgalea@gallaghersharp.com |

---

## STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEYS WITH CONSENT

The Firm of GALLAGHER SHARP hereby substitutes as counsel for the Defendant AMERICAN STEAMSHIP COMPANY, in the place and stead of FOSTER, MEADOWS & BALLARD, P.C., in the above-entitled matter.

| | |
|---|---|
| *s/Paul D. Galea*<br>GALLAGHER SHARP<br>Attorney for Defendant<br>24053 Jefferson Avenue<br>St. Clair Shores, Michigan 48080<br>586-777-0430<br>pgalea@gallaghersharp.com<br>P29250 | *s/Michael J. Liddane – with consent.*<br>FOSTER, MEADOWS & BALLARD, P.C<br>607 Shelby – 7th Floor<br>Detroit, Michigan 48226<br>313-961-3234<br>mliddane@fostermeadows.com<br>P38639 |

Dated: August 5, 2014

It is so **ORDERED.**

Dated: August 11, 2014                                       s/Thomas L. Ludington
                                                                              THOMAS L. LUDINGTON
                                                                              United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 11, 2014.

s/Tracy A. Jacobs
TRACY A. JACOBS